Case: **2:26−cv−02086**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **2/2/2026**
Description: **Robbins v. International Alliance of Theatrical Stage Employees**

Case 2:26-cv-02086-MSN-tmp    Document 1    Filed 02/02/26    Page 1 of 1    PageID 1